Grzegorz KWASIGROCH, Plaintiff—Appellant,

v.

FDC SEATAC, Agent, Defendant— Appellee.

No. 99–35195.
D.C. No. CV–98–1564–RSL.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 22, 2001.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

## MEMORANDUM [2]

 Grzegorz Kwasigroch, a former federal detainee, appeals pro se the dismissal without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) of his civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), against an unknown official who handled his legal mail. He contends that he stated a claim for violation of his constitutional rights. Kwasigroch was civilly detained by the Immigration and Naturalization Service pending his deportation, and thus was not a prisoner subject to the provisions of 28 U.S.C. § 1915. *Page v. Torrey*, 201 F.3d 1136, 1139 (9th Cir.2000). Nonetheless, in his complaint he sought only injunctive or declaratory relief regarding his mail. Because Kwasigroch no longer is detained, this action is moot.

*Mitchell v. Dupnik*, 75 F.3d 517, 528 (9th Cir.1996).

DISMISSED as moot.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

